AB:JLG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ABDULAZEEZ AL HANAFI and
MARCO VILLAR,

                Defendants.

REMOVAL TO THE
DISTRICT OF VERMONT

(Fed R. Crim. P. 5)

No. 18-MJ-1056

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

        IAN KANGAS, being duly sworn, deposes and states that he is a Deputy United States Marshal with the United States Marshals Service ("USMS"), duly appointed according to law and acting as such.

        On or about September 6, 2018, arrest warrants were issued by the United States District Court for the District of Vermont, commanding the arrests of defendants ABDULAZEEZ AL HANAFI and MARCO VILLAR for possession with intent to distribute heroin, in violation of 21 U.S.C. §§ 841(a), 841(b)(1)(C), and 18 U.S.C. § 2.

        The source of your deponent's information and the grounds for his belief are as follows:

        1.    On or about September 6, 2018, a grand jury sitting in the District of Vermont returned a single-count Indictment, captioned 18 Cr. 103, charging the defendants ABDULAZEEZ AL HANAFI and MARCO VILLAR with possession with intent to distribute heroin, on or about July 23, 2018, in violation of 21 U.S.C. §§ 841(a),

841(b)(1)(C), and 18 U.S.C. § 2. In connection with these charges, the appointed Clerk of Court for the United States District Court, District of Vermont, issued warrants for the arrests of the defendants. The arrest warrants were signed by Deputy Clerk Lisa Wright. This matter is pending before the Honorable Christina C. Reiss, United States District Judge, District of Vermont. A copy of the Indictment and the two arrest warrants are attached hereto as Exhibit A.

    2. I have reviewed the Affidavit of a Vermont State Police Trooper (the "Affidavit"), which describes the criminal conduct underlying the charges in the Indictment. According to the Affidavit, in substance and in part, a confidential informant, who has provided reliable information in the past, informed law enforcement that a narcotics supplier was sending two "runners" – later identified as the defendants, ABDULAZEEZ AL HANAFI and MARCO VILLAR – to sell heroin and "crack" cocaine to customers in Fair Haven, Vermont. On or about July 23, 2018, law enforcement entered the apartment in Fair Haven from which the defendants were servicing customers. Defendant VILLAR was found in the bathroom, pushing something into the toilet and flushing; and defendant HANAFI was observed attempting to conceal bags of narcotics in an attic crawl space in a back bedroom. Multiple baggies of packaged heroin were also found in the back bedroom, scattered on the floor. A cellular telephone was also located in the back bedroom, with a message visible on the screen, reading: "cops outside" and "flush everything." In total, law enforcement seized approximately 25 bags containing a substance that tested positive for heroin, and weighed approximately 41 grams. Both defendants were placed under arrest, and charged in Vermont Superior Court. Those charges were subsequently dismissed, in light of the instant federal charges.

3. On November 5, 2018, the defendants ABDULAZEEZ AL HANAFI and MARCO VILLAR were both arrested by the USMS in Brooklyn, New York. Their identities were verified by their fingerprints, which were collected upon arrest and which matched those of the individuals previously arrested by the Vermont State Police, as described above; the pedigree information provided by each of the defendants today during their arrest booking; and by the comparison of the photographs of each of the defendants contained in their criminal history, which match the individuals arrested today.

WHEREFORE, your deponent respectfully requests that the defendants ABDULAZEEZ AL HANAFI and MARCO VILLAR be dealt with according to law.

Ian Kangas
Deputy United States Marshal
U.S. Marshals Service E.D.N.Y.

Sworn to before me this
5th day of November, 2018

THE HONORABLE ROANNE L. MANN
CHIEF UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 SEP -6  PM 2: 28

CLERK
BY  LAW
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. |
| | ) |
| ABDULAZEEZ AL HANAFI and | ) 2:18-cr-103-1-2 |
| MARCO VILLAR, | ) |
| Defendants. | ) |

## INDICTMENT

The Grand Jury charges:

On or about July 23, 2018, in the District of Vermont, and elsewhere, the defendants ABDULAZEEZ AL HANAFI and MARCO VILLAR, knowingly possessed with intent to distribute heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841 (b)(1)(C) and 18 U.S.C. § 2)

A TRUE BILL

[signature redacted]

FOREPERSON

*Christina E. Nolan by EAPC*
CHRISTINA E. NOLAN (EAPC)
United States Attorney
Burlington, Vermont
September 6, 2018

1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

United States of America
v.
Abdulazeez Al Hanafi

*Defendant*

Case No. 2:18-cr-103-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Abdulazeez Al Hanafi ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Possession with intent to distribute heroin

*RECEIVED 2018 SEP -6 PM 3:17 U.S. MARSHALS SERVICE DISTRICT OF VERMONT*

Date: 09/06/2018

*Lisa Wright*
Issuing officer's signature

City and state: Burlington, VT

Lisa Wright, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. Date: _____  _____ *Arresting officer's signature*  _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| United States of America | ) |
|---|---|
| v. | ) |
| Marco Villar | ) Case No. 2:18-cr-103-2 |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Marco Villar,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute heroin

Date: 09/06/2018

*Issuing officer's signature*

Lisa Wright, Deputy Clerk
*Printed name and title*

City and state: Burlington, VT

RECEIVED 2018 SEP -6 PM 3:17 U.S. MARSHALS DISTRICT OF VERMONT

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*